# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**RENO J. WESLEY**                                                       **PLAINTIFF**

**V.**                **CASE NO. 4:17-CV-618-BRW-BD**

**WHITE COUNTY DETENTION CENTER**
**and YAEGER**                                                          **DEFENDANTS**

## RECOMMENDED DISPOSITION

### I.     Procedures for Filing Objections

This Recommended Disposition ("Recommendation") has been sent to Judge Billy Roy Wilson. You may file written objections to this Recommendation. If you file objections, they must be specific and must include the factual or legal basis for your objection. Your objections must be received in the office of the United States District Court Clerk within fourteen (14) days of this Recommendation.

If no objections are filed, Judge Wilson can adopt this Recommendation without independently reviewing the record. By not objecting, you may also waive any right to appeal questions of fact.

### II.    Discussion

Reno Wesley, an inmate at the White County Detention Center ("Detention Center"), filed this civil rights lawsuit without the help of a lawyer. (Docket entry #2) In his complaint, Mr. Wesley complained that his conditions of confinement at the Detention Center are unconstitutional. Specifically, he alleged: denial of yard call; overcrowding requiring inmates to sleep on the floor; lack of cleaning supplies; and

overcharging inmates for using sick call. Mr. Wesley named the Detention Center and Jailer Yeager as the only Defendants.

The complaint lacked critical information. For example, Mr. Wesley did not state how long he was exposed to the conditions he complained about; he failed to identify the individuals who were responsible for any injury that he suffered; and he failed to explain whether he was denied medical treatment as a result of the excessive fees associated with the provision of medical services.

Rather than recommending dismissal of the complaint, the Court gave Mr. Wesley an opportunity to file an amended complaint to clarify his constitutional claims. (#6) He was ordered to file an amended complaint within thirty days of October 18, 2017. He was specifically cautioned that his claims could be dismissed, without prejudice, if he failed to file an amended complaint.

As of this date, Mr. Wesley has not filed an amended complaint, as ordered, and the time for complying with the Court's order has expired.

## III.  Conclusion

The Court recommends that Mr. Wesley's claims be DISMISSED, without prejudice, based on his failure to comply with the Court's October 18, 2017 order and his failure to prosecute this lawsuit.

DATED this 28th day of November, 2017.

_____
UNITED STATES MAGISTRATE JUDGE