IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

RENO J. WESLEY                                                                                      PLAINTIFF

VS.                                            4:17-CV-00618 BRW-BD

WHITE COUNTY DETENTION CENTER
and YAEGER                                                                                        DEFENDANTS

## ORDER

I have received the Recommended Disposition ("Recommendation") from Magistrate Judge Beth Deere. Mr. Wesley has not filed objections. After careful review of the Recommendation, I approve and adopt the Recommendation in all respects.

Mr. Wesley's claims are DISMISSED, without prejudice, based on his failure to comply with the Court's October 18, 2017 Order, and his failure to prosecute this lawsuit.

IT IS SO ORDERED, this 18th day of December, 2017.

/s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE