IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

RENO J. WESLEY                                                                                    PLAINTIFF

VS.                                         4:17-CV-00618 BRW-BD

WHITE COUNTY DETENTION CENTER
and YAEGER                                                                                       DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITHOUT PREJUDICE.

IT IS SO ORDERED, this 18th day of December, 2017.


/s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE